**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CINDY B. ZENON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1194-RGA |
| | ) |
| DOVER DOWNS, INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of James H. McMackin, III, Esq., on behalf of Defendant Dover Downs, Inc., in the above-captioned matter.

**MORRIS JAMES LLP**

*/s/ James H. McMackin, III*
James H. McMackin, III (#4284)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
jmcmackin@morrisjames.com

*Attorneys for Defendant Dover Downs, Inc.*

Dated:  October 6, 2021

13148819