## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY B. ZENON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1194-RGA |
| | ) | |
| DOVER DOWNS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, James H. McMackin, III, Esq., hereby certify that on October 6, 2021, I caused the foregoing **Entry of Appearance** to be served upon the following counsel of record in the manner indicated:

### VIA ELECTRONIC MAIL

William D. Fletcher, Esq.
Dianna E. Louder, Esq.
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
wfletcher@schmittrod.com
dlouder@schmittrod.com

*Attorneys for Plaintiff Cindy B. Zenon*


*/s/ James H. McMackin, III*
James H. McMackin, III (#4284)

13148819