IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY B. ZENON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1194-RGA |
| | ) |
| DOVER DOWNS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant Dover Downs, Inc. ("Dover Downs") is informed that:

1. Premier Entertainment III, LLC ("Premier III") is the parent company of Dover Downs, Inc.

2. Premier III is a subsidiary of Twin River Management Group, Inc. ("TRMG").

3. TRMG is a subsidiary of Twin River Worldwide Holdings, Inc., which is listed on the NYSE and trades under ticker symbol "TRWH."

**MORRIS JAMES LLP**

 */s/ Allyson M. Britton*
James H. McMackin, III (#4284)
Allyson M. Britton (#4830)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
jmcmackin@morrisjames.com
abritton@morrisjames.com

*Attorneys for Defendant Dover Downs, Inc.*

Dated:  November 18, 2021

13169419